NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SCHARFF KOKEN MANU-FACTURING COMPANY.

No. 524.

Circuit Court of Appeals, Eighth Circuit.

May 23, 1941.

Robert B. Watts, of Washington, D. C., Gen. Counsel, National Labor Relations Board, for petitioner.

Joseph A. Lennon, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation.

Arthur D. REYNOLDS, Collector of Internal Revenue, etc., Appellant, v. Emma FLANAGAN.

No. 11906.

Circuit Court of Appeals, Eighth Circuit.

May 2, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Joseph W. Finley and Joseph A. Maun, both of St. Paul, Minn., for appellee.

PER CURIAM.

Judgment of District Court reversed, without taxation of costs in favor of ei-

ther of the parties in this court, pursuant to stipulation.

Ed TAYLOR, Jr., Appellant, v. UNITED STATES of America.

No. 11783.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1941.

Harper & Harper and Paul M. Lester, all of Fort Smith, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, without costs to either party in this court, on motion of appellant. Defendant ordered to surrender to custody, etc.